UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| REGINALD JOHN BROOKS,            )<br>)<br>Plaintiff,       )<br>)<br>v.                                                     )<br>)<br>COMMISSIONER OF SOCIAL    )<br>SECURITY,                                    )<br>)<br>Defendant.     ) | CAUSE NO.  2:07-CV-203 TS |

**OPINION AND ORDER**

Reginald John Brooks submitted a petition for leave to proceed *in forma pauperis*. In his Petition, Mr. Brooks declares that he is not employed and has two dependants. He also states that he has no significant assets and is unemployed. Because Mr. Brooks is unable to pay the filing fee, the Court: (1) **GRANTS** the *in forma pauperis* petition (DE 2); (2) **DEFERS** the filing fee; (3) **ORDERS** the Plaintiff to pay the $350.00 filing fee from the proceeds of any recovery that he receives in this case; and (4) **DIRECTS**, pursuant to 28 U.S.C. § 1915(d), the U.S. Marshal Service to effect service of process on the Defendant.

SO ORDERED on June 20, 2007.

 s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION